```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUDEL AGUIRRE-ESCAMILLA,<br><br>          Defendant. | CR. No. S-05-0111 MCE<br><br>MOTION TO DISMISS INDICTMENT and [PROPOSED] ORDER DISMISSING INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, requests that this Honorable Court file an order dismissing the indictment against Raudel Aguirre-Escamilla, filed on March 17, 2005, in **CR. No. S-05-0111 MCE.** On July 5, 2005, in the courtroom of Magistrate Judge Kimberly J. Muller, the defendant pled guilty to a superseding information charging one misdemeanor violation of Title 8, United States Code § 1325(a)(1) (illegal entry by an alien).  He was sentenced to a total of six (6) months imprisonment on the same day and waived appeal.

///

1

1  Defendant has been referred to the Bureau of Prisons in
2 accordance with his guilty plea.
3
4 DATED: July 7, 2005                    McGREGOR W. SCOTT
                                         United States Attorney
5
6
7                                        By /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
8                                        Assistant U.S. Attorney
9
10                              **O R D E R**
11
APPROVED AND SO ORDERED:
12
13
14 DATED: July 18, 2005
15
16
17  _____
    MORRISON C. ENGLAND, JR
18  UNITED STATES DISTRICT JUDGE

2